CITY OF MILLVILLE, PLAINTIFF-APPELLANT, v. CUMBER-
LAND COUNTY BOARD OF TAXATION, DEFENDANT-
RESPONDENT.

CITY OF VINELAND, PLAINTIFF-CROSS-APPELLANT, v.
CITY OF MILLVILLE, DEFENDANT-CROSS-RESPON-
DENT.

Argued January 23, 1973—Decided February 7, 1973.

*Mr. Anthony D. Buonadonna,* argued the cause for cross-appellant, City of Vineland.

*Mr. Edward S. Miller* argued the cause for cross-respondent, City of Millville (*Messrs. Gant and Miller,* attorneys).

*Mr. Richard M. Conley,* Deputy Attorney General, filed statement in lieu of brief (*Mr. George F. Kugler, Jr.* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment of the Appellate Division, 122 *N. J. Super.* 444, is affirmed substantially for the reasons expressed in its opinion.

*For affirmance* — Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges SULLIVAN and LEWIS—6.

*For reversal*—None.